McGREGOR W. SCOTT
United States Attorney
PHILIP N. TANKOVICH
Special Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>KAMAR I BLUNT,<br><br>        Defendant. | Case No. 5:17-po-00154-JLT<br><br>MOTION AND [~~PROPOSED~~] ORDER FOR DISMISSAL WITHOUT PREJUDICE (DOC. 11) |

The United States of America, by and through McGregor W. Scott, United States Attorney, and Philip N. Tankovich, Special Assistant United States Attorney, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, moves to dismiss both counts in this case (18 U.S.C § 1382; and 18 U.S.C. § 930(a)) in the interest of justice, without prejudice; and moves to recall the warrant.

DATED:  May 29, 2020                           Respectfully submitted,

                                                McGREGOR W. SCOTT
                                                United States Attorney

                                        By:    /s/ Philip N. Tankovich    __
                                                PHILIP N. TANKOVICH
                                                Special Assistant U.S. Attorney

**O R D E R**

IT IS HEREBY ORDERED that this case is dismissed, and the warrant is recalled, in the interest of justice without prejudice.

IT IS SO ORDERED.

Dated: __May 30, 2020__                     __/s/ Jennifer L. Thurston__
                                         UNITED STATES MAGISTRATE JUDGE